**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

SHERI COLEMAN, on behalf of　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
C.D.L., a minor

v.　　　　　　　　　　　　　　No. 2:11CV00237 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the decision of the Commissioner is affirmed. Sheri Coleman's complaint on behalf of C.D.L., a minor, is dismissed with prejudice.

DATED this 5th day of November, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE