**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

SHERI COLEMAN, on behalf of                                                                     PLAINTIFF
C.D.L., a minor

v.                                            No. 2:11CV00237 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                  DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the decision of the Commissioner is affirmed. Sheri Coleman's complaint on behalf of C.D.L., a minor, is dismissed with prejudice.

DATED this 5th day of November, 2012.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE